UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COE, | No. 2:22-cv-0422 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| A.L. MARTINEZ, | |
| Respondent. | |

Petitioner requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 15) is granted; and

2. Petitioner shall file and serve a traverse within ninety days from the date of this order.

Dated:  June 3, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
coe0422.111